**Opinion issued July 15, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00188-CR

————————————

## IN RE JASON MICHAEL BADYRKA, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Jason Michael Badyrka, incarcerated and acting pro se but represented by counsel in the court below, has filed a petition for writ of mandamus, requesting that this Court order the trial court to "honor, respond, and show cause why the [relator] continues to be detained, in direct violation of the

United States Constitution."[1]  Relator asserts that he filed a "Motion for Writ of Habeas Corpus" in the trial court on February 24, 2021 pursuant to 28 U.S.C. § 2254, but that no ruling has been made.

We deny the petition for writ of mandamus.[2]  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Jason Badyrka*, Cause No. 1129647, pending in the 182nd District Court of Harris County, Texas, the Honorable Danilo Lacayo presiding.

[2] *See* TEX. R. APP. P. 52.3, 52.7(a).